**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: H.H., A/K/A H.P., A MINOR | : No. 186 WAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: S.V., MOTHER | : the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.